**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**ALEXANDRA A. BYRD**                                                    **PLAINTIFF**

**VS.**                                                    **CAUSE NO.: 5:16-cv-85-DCB-MTP**

**JEFFERSON COUNTY SHERIFF'S DEPARTMENT**                     **DEFENDANT**

**AGREED ORDER OF DISMISSAL**

This day this cause came on to be heard on a joint *ore tenus* motion of the parties

that this matter be dismissed with prejudice, and the Court, having considered the

same, and it being made known to the Court that the parties are in agreement thereto,

finds that said motion is well taken.

IT IS THEREFORE ORDERED that this cause is hereby dismissed with prejudice,

each party shall bear their own costs.

SO ORDERED and ADJUDGED this the 2nd day of February, 2018.


                                             s/David Bramlette
                                             DISTRICT COURT JUDGE


AGREED AND APPROVED:

/s/William R. Allen
WILLIAM R. ALLEN (MSB #100541)
J. CHADWICK WILLIAMS (MSB #102158)
Allen, Allen, Breeland & Allen, PLLC
P. O. Box 751
Brookhaven, MS 39602-0751
Tel. 601-833-4361
Fax 601-833-6647
wallen@aabalegal.com
cwilliams@aabalegal.com

/s/Eduaro A Flechas
EDUARDO A. FLECHAS, ESQ. (MSB #10669)
Flechas Litigation Group, PLLC
318 South State Street
Jackson, MS 39201
Tel: 601-981-9221
Fax: (601) 981-9958
edflechas@aol.com